UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> LESLIE GUY WILSON, ) <br> ) <br> Defendant. ) <br> ) | Case No. CR92-14 RSL <br><br> **PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on March 10, 2009. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Lisa Borichewski, and defendant was represented by Paula S. Deutsch. Also present was U.S. Probation Officer Michael R. Markham. The proceedings were digitally recorded.

## CONVICTION AND SENTENCE

The Honorable Carolyn R. Dimmick sentenced defendant on September 11, 1992 for Murder in the Second Degree, Assault with a Dangerous Weapon, and Use of a Firearm during Assault. He received 228 months custody and 60 months supervised release.

///

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -1

## PRESENTLY ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSION OF THE VIOLATION

In a petition dated March 4, 2009, Supervising U.S. Probation Officer Michael R. Markham alleged that defendant violated the following conditions of supervised release:

1. Using alcohol on or before November 3, 2008, in violation of a special condition of supervised release.

2. Failing to obtain a substance abuse evaluation in violation of a special condition of supervised release.

3. Using alcohol on or before March 3, 2009, in violation of a special condition of supervised release.

4. Failing to submit to alcohol testing on or before March 3, 2009, in violation of a general condition of supervised release.

5. Committing the crime of disorderly conduct on or about March 3, 2009, in violation of a general condition of supervised release.

Defendant admitted violations 1, 2, and 3, and waived any hearing as to whether they occurred. Following defendant's admissions, the United States moved to strike violations 4 and 5. Defendant was released on an appearance bond requiring him to reside in a Residential Reentry Center and to abide by all conditions of supervision. Defendant was also informed that a disposition hearing was set for June 11, 2009 at 8:30 a.m. before Chief Judge Robert S. Lasnik.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the

///

///

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -2

conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 10th day of March, 2009.

　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　BRIAN A. TSUCHIDA
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -3