UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. CR92-14 RSL |
| v. | **PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |
| LESLIE GUY WILSON, | |
| Defendant. | |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on July 14, 2009. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Douglas Whalley, and defendant was represented by Dennis Carroll. Also present was U.S. Probation Officer Michael Markham. The proceedings were digitally recorded.

## CONVICTION AND SENTENCE

Defendant was sentenced on September 11, 1992 by the Honorable Robert S. Lasnik for Murder 2nd Degree, Assault with a Dangerous Weapon, and Use of a Firearm during Assault. He received 228 months of imprisonment and 60 months of supervised release.

///

///

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -1

## PRESENTLY ALLEGED VIOLATIONS AND DEFENDANT'S ADMISSION OF THE VIOLATION

In a petition dated April 27, 2009, U.S. Probation Officer Michael R. Markham alleged that defendant violated the following conditions of supervised release:

1. Failing to satisfactorily participate and reside in a residential reentry center program for up to 180 days in violation of a special condition of supervised release.

Defendant admitted the above violation, waived any hearing as to whether it occurred, and was informed the matter would be set for a disposition hearing July 30, 2009 at 11:00 a.m. before District Judge Robert S. Lasnik.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 14th day of July, 2009.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND
DETERMINATION AS TO VIOLATIONS OF
SUPERVISED RELEASE -2