01
02
03
04
05

06             UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF WASHINGTON
07                       AT SEATTLE

08  UNITED STATES OF AMERICA,           )
                                        )  CASE NO. CR92-014-RSL
09       Plaintiff,                     )
                                        )
10       v.                             )  SUMMARY REPORT OF U.S.
                                        )  MAGISTRATE JUDGE AS TO
11  LESLIE GUY WILSON,                  )  ALLEGED VIOLATIONS
                                        )  OF SUPERVISED RELEASE
12       Defendant.                     )
                                        )
13

14       An initial hearing on supervised release revocation in this case was scheduled before me

15  on July 30, 2012.  The United States was represented by AUSA Thomas Woods and the

16  defendant by Cory Endo for Paula Deutsch.  The proceedings were digitally recorded.

17       Defendant had been sentenced on or about by the Honorable Carolyn Dimmick on a

18  charge of Second Degree Murder; Assault with Dangerous Weapon, and Use of a Firearm

19  During an Assault, and sentenced to 228 months custody, five years supervised release.[1]

20       The conditions of supervised release included the standard conditions plus the

21  ───────────────────────
        1 Because of the age of the case, the pleadings are not available electronically.  Information about the
    sentence, the conditions of supervised release, and the case history are taken from the report of the Probation
22  Officer. (Dkt. 25.)

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1

requirements that defendant abstain from alcohol and submit to search.

On November 6, 2008, defendant's probation officer reported that defendant tested positive for alcohol use. Defendant was reprimanded, testing frequency was increased, and he was referred for professional assessment. No further action was taken at the time. (Dkt. 1.)

On March 10, 2009, defendant admitted violating the conditions of supervised release by consuming alcohol on two occasions, failing to obtain a substance abuse evaluation, failing to submit to alcohol testing, and committing the crime of disorderly conduct. (Dkt. 7. Defendant was also ordered to reside in and satisfactorily participate in a residential reentry center program for up to 180 days. (Dkt. 9.) On July 14, 2009, defendant admitted failing to satisfactorily fulfill this condition. (Dkt. 17.) He was sentenced to 9 months imprisonment followed by four years of supervised release, to include up to 180 days in a residential reentry center. (Dkt. 21.) Upon the recommendation of the probation officer, this condition was waived on April 5, 2010. (Dkt. 22.)

Defendant's probation reported on October 21, 2010, that defendant tested positive for amphetamine and oxycodone. (Dkt. 23.) Defendant was reprimanded, testing frequency was increased, and defendant was referred for counseling. No further action was taken at the time. The probation officer reported on December 5, 2011 that defendant tested positive for marijuana. (Dkt. 24.) He was reprimanded, testing was increased and he was referred for counseling and professional assessment. No further action was taken at the time.

In an application dated (Dkt.25, 26), U.S. Probation Officer Andrew J. Lorenzen alleged the following violations of the conditions of supervised release:

1. Using a controlled substance (oxycontin) on or about July 23, and 25, 2012, in

violation of standard condition number 7.

2. Failure to follow the instructions of the probation officer on July 26, 2012, in violation of standard condition number 3.

3. Failure to submit monthly supervision reports for May and June 2012, in violation of standard condition number 2.

4. Failure to notify the probation officer at least 10 days prior to his change in employment on or about July 8, 2012, in violation of standard condition number 6.

Defendant was advised in full as to those charges and as to his constitutional rights.

Defendant admitted the four violations and waived any evidentiary hearing as to whether they occurred.

I therefore recommend the Court find defendant violated his supervised release as alleged in violations 1-4, and the Court conduct a hearing limited to the issue of disposition. The next hearing will be set before Judge Lasnik.

Pending a final determination by the Court, defendant has been detained.

DATED this 30th day of July, 2012.

Mary Alice Theiler
United States Magistrate Judge

cc:  District Judge:           Honorable Robert S. Lasnik
     AUSA:                     Thomas Woods
     Defendant's attorney:     Paula Deutsch, Cory Endo
     Probation officer:        Andrew J. Lorenzen

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -3